**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS and TANISHA SWEAT h/w | :CIVIL ACTION |
| Plaintiffs | : No. ____________ |
| v. | : |
| PABLO B. GUZMAN | : |
| EAST COAST SALT DISTRIBUTION, INC. | : |
| and | : |
| MILLER AUTO LEASING COMPANY | : |
| Defendants | : |

**NOTICE OF REMOVAL**

**TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Defendant, East Coast Salt Distribution, Inc. and Pablo Guzman, by and through their attorneys, Marshall Dennehey, P.C. hereby gives notice of the removal of this civil action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, pursuant to U.S.C. §§ 1332, 1441 and 1446(b), and in support thereof, states the following:

1. Plaintiffs commenced this action by Complaint in the Court of Common Pleas of Philadelphia County, Pennsylvania, at docket no. 261002187. A copy of the Complaint is attached and marked as Exhibit "1."

2. According to the Complaint, Plaintiffs are residents of the Commonwealth of Pennsylvania and reside at 1165 Woodmont Lane, Catasauqua, PA.

3. Defendant, East Coast Salt Distribution is a company under the laws of the State of New Jersey and, for purposes of federal court jurisdiction/diversity of citizenship purposes, its principal place of business is located at 621 Wright Debrow Road, Jackson, NJ 08527.

4. Pablo Guzman is an adult individual who resides at 313 Clermont Terrace, Union, NJ 07083.

5. Defendant Miller Auto Leasing Company is an Indiana Corporation with a registered address at 25942 Woodlawn Avenue, Elkhart, IN 46514.

6. In Plaintiff's Complaint, they contend that they sustained damages as a result of a motor vehicle accident involving a tractor trailer which was driven by Defendant, Pablo Guzman.

7. In each separate Count I, II, III, IV and V of Plaintiffs' Complaint there is a claim for all damages, including punitive, in excess of $50,000.

8. Based upon Plaintiff's allegations and demands, the amount in controversy in this action is in excess of $75,000, exclusive of costs and interest.

9. East Coast Salt Distribution was served with the Complaint on October 20, 2026. (See Exhibit 2 – PCCP Docket Transcript)

10. Pablo Guzman was served with the Complaint on October 21, 2026. (See Exhibit 2 – PCCP Docket Transcript)

11. As such, this Honorable Court has jurisdiction pursuant to the provisions of 28 U.S.C. §1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

12. The present lawsuit is accordingly removable from the state court to this Honorable Court pursuant to 28 U.S.C. §§ 1441 and 1446.

13. This Notice of Removal has been filed within thirty days after receipt by Defendant of the Complaint in accordance with 28 U.S.C. §1446(b).

14. Written notice of the filing of this Notice of Removal has been given to the adverse party in accordance with 28 U.S.C. §1446(d) and as noted in the attached Certificate of Service.

15. Promptly after filing with this Honorable Court, and with the assignment of a Civil Action Number, a copy of this Notice of this Removal will be filed with the Court of Common Pleas of Philadelphia County, Pennsylvania in accordance with 28 U.S.C. §1446(d).

**WHEREFORE**, Defendant, East Coast Salt Distribution, hereby removes this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

/s/ Joseph M. Toddy
**MARSHALL DENNEHEY, P.C.**
Joseph M. Toddy, Esquire
Identification No.: 42484
2000 Market Street – Suite 2300
Philadelphia, PA 19103
Phone: (215) 575-2600
Email: JMToddy@mdwcg.com

Dated: November 18, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS and TANISHA SWEAT h/w | :CIVIL ACTION |
| Plaintiffs | : No. ____________ |
| v. | : |
| PABLO B. GUZMAN | : |
| EAST COAST SALT DISTRIBUTION, INC. | : |
| and | : |
| MILLER AUTO LEASING COMPANY | : |
| Defendants | : |

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Respectfully submitted,

*/s/ Joseph M. Toddy*

**MARSHALL DENNEHEY, P.C.**
Joseph M. Toddy, Esquire
Identification No.: 42484
2000 Market Street – Suite 2300
Philadelphia, PA 19103
Phone: (215) 575-2600
Email: JMToddy@mdwcg.com

Dated: November 18, 2026